IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIAM ROBERT SANDERS, AIS#258188, | ) ) ) |
| Petitioner, | ) ) |
| v. | ) CIVIL ACTION NO. 2:11cv1035-TMH ) |
| LEON FORNISS, *et al.*, | ) ) |
| Respondents. | ) |

**ORDER AND OPINION**

On September 26, 2013, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 25). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED and that:

1. The petition for habeas corpus relief is DENIED;

2. The petition is DISMISSED without prejudice to afford the petitioner an opportunity to exhaust all available state court remedies.

Done, this 24th day of October 2013.

　　　　　　　　　　　　　　　　　 /s/  Truman M. Hobbs
　　　　　　　　　　　　　　　　TRUMAN M. HOBBS
　　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE